# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**            Date:       March 5, 2019

vs.                                     Case No.:   17-4031-01-CR-C-BCW

**CHRIS KYLE NAYLOR**

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

Time Commenced: 11:28 am                Time Terminated: 11:44 am

### APPEARANCES

Plaintiff's counsel:     Jim Lynn, AUSA
Defendant's counsel:     Steven R. Berry, FPD
Probation officer:       Danielle Staats

**PROCEEDINGS IN COURTROOM:** Above parties present. Court accepts plea of guilty and adjudication of guilt. There are objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Defendant sentenced to the custody of BOP for 22 months on count 1 of the indictment; followed by 3 years supervised release.

**FINE:** waived; **SPECIAL ASSESSMENT:** $100; **RESTITUTION:** N/A Defendant advised of right to appeal. Defendant remanded to the custody of the US Marshal.

Court Reporter:      Denise Halsey
Courtroom Deputy:    T. Lock